*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Stephen Yuszczak and Rita Yuszczak   BK No. 1:11−bk−10643

Debtor(s)   Chapter 13

---

*ORDER DISMISSING CASE IN ACCORDANCE*
*WTTH LOCAL BANKRUPTCY RULE 3015−3(e)*

Confirmation of the above referenced debtor's Chapter 13 Plan was denied on 1/25/2012 . Accordingly, as none of the exceptions delineated in LBR 3015−3(e) exist, it is hereby **ORDERED** that the within case be and is **DISMISSED**. On the effective date of this Order, creditors are free to pursue their pre−bankruptcy rights against the debtor(s).

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **3/13/12**

Entered on Docket: **3/13/12**
Document Number: **87 − 69**

odnconf.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*